CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
AUG 01 2017
JULIA C. DUDLEY, CLERK
BY: /s/ DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| ANTHONY ANTOINE FITTS, Petitioner, | Civil Action No. 7:17-cv-00301 |
| v. | **MEMORANDUM OPINION** |
| HAROLD W. CLARKE, Respondent. | By: Hon. Michael F. Urbanski<br>Chief United States District Judge |

Anthony Antoine Fitts, a Virginia inmate proceeding pro se, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 to challenge his convictions entered by the Circuit Court for Albemarle County for credit card theft and forgery. Court records indicate that Petitioner previously filed a § 2254 petition about the same convictions in Fitts v. Johnson, Civil Action No. 7:11-cv-00012 (W.D. Va. April 4, 2011). Thus, Petitioner's current petition is a subsequent one, falling under the prohibition in 28 U.S.C. § 2244(b) against a second or successive petition. Cf. United States v. Hairston, 754 F.3d 258, 262 (4th Cir. 2014). Pursuant to that section, a federal district court may consider a second or successive § 2254 petition only upon specific certification from a United States Court of Appeals that claims in the subsequent petition meet certain criteria. 28 U.S.C. § 2244(b). Petitioner does not establish that the instant petition is not successive or he has obtained that certification. See, e.g., In re Williams, 444 F.3d 233, 235 (4th Cir. 2006). Accordingly, the court dismisses the petition without prejudice as successive. Based upon the finding that Petitioner has not made the requisite substantial showing of a denial of a constitutional right as required by 28 U.S.C. § 2253(c) and Slack v. McDaniel, 529 U.S. 473, 484 (2000), a certificate of appealability is denied.

ENTER: This 31st day of July, 2017.

/s/ Michael F. Urbanski
Chief United States District Judge